IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NICK TRIANTAFILLOU,** | CASE NO. 8:06CV261 |
| Plaintiff, | |
| v. | ORDER ON MOTION FOR |
| **BURGER KING CORPORATION,** | EXTENSION OF TIME |
| Defendant. | |

This matter is before the Court on Defendant's Motion for an Extension of Time to Answer or Otherwise Plead and for an Extension of the Deadline for the Rule 26 Meeting Report. For good cause shown, and upon the representation that Plaintiff has stipulated to these extensions of time,

**IT IS ORDERED** that the motion [12] is granted, as follows:

(1) Plaintiff is given until and including June 5, 2006 to answer or otherwise plead in this matter; and

(2) The Rule 26 Meeting Report deadline is extended to June 15, 2006.

**DATED May 2, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**