IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICK TRIANTAFILLOU,<br><br>      **Plaintiff,**<br><br>  v.<br><br>**BURGER KING CORPORATION,**<br><br>      **Defendant.** | Case No. 8:06-CV-00261<br><br>**ORDER** |

    This matter is before the Court on the Motion for Leave to Withdraw filed by Bartholomew L. McLeay, Richard P. Jeffries, Paul R. Gwilt and Kutak Rock LLP as counsel for Defendant Burger King Corporation in the above-captioned matter. Substitute counsel have entered their appearances.

    **IT IS ORDERED** that the Motion for Leave to Withdraw [13] is granted and Bartholomew L. McLeay, Richard P. Jeffries, Paul R. Gwilt and Kutak Rock LLP are granted leave to withdraw as counsel for Defendant Burger King Corporation in this matter.

    DATED May 2, 2006.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  **United States Magistrate Judge**