# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICK TRIANTAFILLOU,          )<br>                              )<br>     Plaintiff,              )<br>                              )         **8:06CV261**<br>vs.                           )<br>                              )         **ORDER**<br>BURGER KING CORPORATION,      )<br>                              )<br>     Defendant.              )  | |

This matter is before the court on the parties' joint motion for stay or for extension of time [24]. The parties request a 90-day stay so they may engage in settlement discussions, and the plaintiff will be out of the country until early September 2006. Upon review of the matter, I find that the case should be stayed until November 1, 2006.

**IT IS ORDERED** that the motion [24] is granted, as follows:

1. This case shall be stayed until and including November 1, 2006.

2. On or before **November 10, 2006**, counsel shall electronically file a joint status report regarding the progress of their settlement negotiations.

3. The scheduling conference now set for September 18, 2006 is cancelled and will be rescheduled, if necessary, after the court receives the parties' joint status report on settlement negotiations.

    **DATED July 31, 2006.**

                                            BY THE COURT:

                                            s/ F.A. Gossett
                                            **United States Magistrate Judge**