# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICK TRIANTAFILLOU,        ) | |
|                             ) | |
|       **Plaintiff,**        ) | |
|                             ) | **8:06CV261** |
| vs.                                 ) | |
|                             ) | **ORDER** |
| BURGER KING CORPORATION,   ) | |
|                             ) | |
|       **Defendant.**        ) | |

This matter is before the court on the parties' JOINT STIPULATION AND MOTION FOR CONTINUATION OF STAY [28]. The parties intend to mediate their dispute and request that the stay be extended through January 30, 2007. For good cause shown,

**IT IS ORDERED** that the motion [28] is granted, as follows:

1. This case shall remain stayed until and including January 30, 2007.

2. On or before **February 10, 2007**, counsel shall electronically file a joint status report regarding the progress of their settlement negotiations.

**DATED November 2, 2006.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**