**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **NICK TRIANTAFILLOU,** | ) | **CASE NO. 8:06CV261** |
| | ) | |
| **Plaintiff,** | ) | **ORDER ON** |
| | ) | **JOINT STIPULATION** |
| **V.** | ) | **OF DISMISSAL** |
| | ) | |
| **BURGER KING, Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation of Dismissal (Filing

No. 30).  The Court finds that the stipulation complies with Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly,

IT IS ORDERED:

1.      The Joint Stipulation of Dismissal (Filing No. 30) is approved;

2.      The Complaint (Filing No. 1) is hereby dismissed with prejudice; and

3.      The parties shall pay their own costs and attorney's fees as stated in the

Joint Stipulation of Dismissal.

DATED this 10th day of January, 2007.

                              BY THE COURT:

                              s/Laurie Smith Camp
                              United States District Judge